**No. 57749.**—Empire Findings Co., Inc. *v.* United States, protest 188623–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of glass articles or shot the same in all material respects as that the subject of Abstract 56282, the claim of the plaintiff was sustained.